**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW MEXICO**

In re:

RUBEN R. MAYNES, JR.
DONNA L. MAYNES,

        Debtors.

                                  Case No. 17-12271-JS13

**NOTICE OF CHANGE OF DEBTOR'S ADDRESS**

COMES NOW Ruben R. Maynes, Jr., Debtor, by and through his attorney of record,

Davis Miles McGuire Gardner, PLLC (Ron Holmes), and hereby gives notice of a change in his

address consistent with the following:

| **Old** | **New** |
|---|---|
| Ruben R. Maynes, Jr. | Ruben R. Maynes, Jr. |
| HC74 Box 446 | 100 W. Maryland Ave, Unit H-2 |
| Pecos, NM 87552-9511 | Phoenix, AZ 85013 |

Date: <u>December 20, 2017</u>

                                 Respectfully submitted,

                                 DAVIS MILES MCGUIRE GARDNER, PLLC

                                 <u>s/submitted electronically</u>
                                 Ron Holmes
                                 Attorney for Debtors
                                 320 Gold Ave. SW, Suite 1111
                                 Albuquerque, NM  87102
                                 Telephone: (505) 268-3999
                                 Facsimile:  (505) 243-6448

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was transmitted via electronic noticing to:

- **Tiffany M. Cornejo**     courtemail@ch13nm.com, courtemailbu@ch13nm.com
- **Kevin D Hammar**     khammar@abqlawnm.com, sturner@abqlawnm.com; wsousa@abqlawnm.com; rkluthe@abqlawnm.com
- **James C Jacobsen**     jjacobsen@nmag.gov, jotero@nmag.gov
- **United States Trustee**     ustpregion20.aq.ecf@usdoj.gov

and was served by first class mail, postage prepaid on the following parties in interest:

- **Synchrony Bank c/o PRA Receivables Management, LLC**
  PO Box 41021
  Norfolk, VA 23541

on this 20th day of December, 2017.

Electronically filed
Ron Holmes

2