## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:

RUBEN R. MAYNES, JR.
DONNA L. MAYNES,

       Debtors.

Case No. 17-12271-JS13

### DEBTORS' RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

COMES NOW Debtors, by and through their attorneys of record, Davis Miles McGuire Gardner, PLLC (Ron Holmes), and hereby state in opposition to the Motion to Dismiss filed by the Chapter 13 Trustee the following:

1. Debtors filed for relief on August 31, 2017.

2. The preliminary confirmation hearing regarding Debtors' Chapter 13 Plan is scheduled for January 16, 2018.

3. Debtors will add sufficient funds to the plan to pay delinquent amounts within a reasonable amount of time.

4. It is in the Debtors' best interest to continue in Chapter 13.

WHEREFORE, Debtors respectfully request this Court deny the relief sought by the Chapter 13 Trustee, and any such further relief as the Court deems just and proper.

       Respectfully submitted,

       DAVIS MILES MCGUIRE GARDNER, PLLC

       s/submitted electronically
       Ron Holmes
       Attorney for Debtors
       320 Gold Ave. SW, Suite 1111
       Albuquerque, NM 87102
       Telephone: (505) 268-3999
       Facsimile: (505) 243-6448

CERTIFICATE OF MAILING

  I hereby certify that a true and correct copy of the foregoing was transmitted via electronic noticing to:

- **Tiffany M. Cornejo** courtemail@ch13nm.com, courtemailbu@ch13nm.com
- **Kevin D Hammar** khammar@abqlawnm.com, sturner@abqlawnm.com; wsousa@abqlawnm.com; rkluthe@abqlawnm.com
- **James C Jacobsen** jjacobsen@nmag.gov, jotero@nmag.gov
- **United States Trustee** ustpregion20.aq.ecf@usdoj.gov

and was served by first class mail, postage prepaid on the following parties in interest:

- **Synchrony Bank c/o PRA Receivables Management, LLC**
  PO Box 41021
  Norfolk, VA 23541

on this 8th day of January, 2018.

                Electronically filed
                Ron Holmes