# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

In re:

RUBEN R. MAYNES, JR.
DONNA L. MAYNES,

      Debtors.

Case No. 17-12271-JS13

## NOTICE OF CHANGE OF DEBTOR'S ADDRESS

COMES NOW Ruben & Donna Maynes, Debtors, by and through their attorney of record, Davis Miles McGuire Gardner, PLLC (Ron Holmes), and hereby gives notice of a change in their address consistent with the following:

| **Old** | **New** |
|---|---|
| Ruben R. Maynes, Jr.<br>HC74 Box 446<br>Pecos, NM 87552-9511 | Ruben & Donna Maynes<br>1288 E. Clifton Ave, Gilbert AZ 85295 |
| Donna Maynes<br>HC74 Box 446<br>Pecos, NM  87552-9511 | |

Date: April 17, 2018

Respectfully submitted,

DAVIS MILES MCGUIRE GARDNER, PLLC

s/submitted electronically
Ron Holmes
Attorney for Debtors
320 Gold Ave. SW, Suite 1111
Albuquerque, NM  87102
Telephone: (505) 268-3999
Facsimile:  (505) 243-6448

1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was transmitted via electronic noticing to:

- **Tiffany M. Cornejo**  courtemail@ch13nm.com, courtemailbu@ch13nm.com
- **Kevin D Hammar**  khammar@abqlawnm.com, sturner@abqlawnm.com; wsousa@abqlawnm.com; rkluthe@abqlawnm.com
- **James C Jacobsen**  jjacobsen@nmag.gov, jotero@nmag.gov
- **United States Trustee**  ustpregion20.aq.ecf@usdoj.gov

and was served by first class mail, postage prepaid on the following parties in interest:

- **Synchrony Bank c/o PRA Receivables Management, LLC**
  PO Box 41021
  Norfolk, VA 23541

on this 17th day of April, 2018.

Electronically filed
Ron Holmes