# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

IN RE:  RUBEN R. MAYNES, JR.  CASE NO: 17-12271 JS
        DONNA L. MAYNES
        **Debtors**

## MOTION TO DISMISS

The Standing Chapter 13 Trustee, Tiffany M. Cornejo, respectfully requests the Court enter an order dismissing the above captioned Chapter 13 case. In support of her request, the Trustee states as follows:

1. A voluntary petition commencing this case was filed on August 31, 2017.

2. There is cause for dismissal, as follows:

The Debtors failed to make timely payments to the Trustee. The delinquency as of the date of this Motion is approximately $5,400.00. If the Court denies this Motion to Dismiss, the Debtors should be required to make plan payments by wage deduction or allotment under §1325(c).

WHEREFORE, the Chapter 13 Trustee requests that the Court enter an order granting the relief requested above and granting such other and further relief as the Court may deem just and proper.

        TIFFANY M. CORNEJO
        STANDING CHAPTER 13 TRUSTEE

        Electronically filed/Tiffany M. Cornejo/rl

Tiffany M. Cornejo
625 SILVER SW, SUITE 350
ALBUQUERQUE, NM 87102
(505) 243-1335 fax (505) 247-2709
orders@ch13nm.com

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF System, All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing. I certify that the foregoing was mailed by first class mail to the Debtors and the following parties at the address(es) listed below on June 04, 2018
.

RUBEN R. MAYNES, JR.
DONNA L. MAYNES
1288 E. CLIFTON AVE
GILBERT, AZ  85295

Synchrony Bank
C/O PRA Receivables Management LLC
PO BOX 41021
Norfolk, VA  23541

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346